IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER NEIL REED**                                                                **PLAINTIFF**
**ADC #154916**

v.                          **CASE NO: 4:13CV00530 BSM**

**ALICIA SOTO et al.**                                                                **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), failure to prosecute, and failure to respond to court order.

2. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE