# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRISTOPHER NEIL REED**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #154916**

**v.**　　　　　　　**CASE NO: 4:13CV00530 BSM**

**ALICIA SOTO et al.**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for judgment on the pleadings [Doc No. 35] is granted, and plaintiff's complaint is dismissed without prejudice.

2. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

3. All other pending motions are denied as moot.

DATED this 8th day of September 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE